

## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided by Local Rules 83.12 through 83.14.

In the Matter of

**WILLIE JOHNSON,**

                    **Plaintiff,**

v.

**ROBERT GARZA, ANTHONY AMATO, VERNON MITCHELL, JR., THOMAS HARRIS, THOMAS McDERMOTT, DONNA STRAND, DANIEL LUDWIG, ENRIQUE PACHECO, JR., PATRICK JOHNSON, BRYANT GARCIA, A. TORRES (Star # 5331), and CITY OF CHICAGO,**

                    **Defendants.**

07CV6862
JUDGE SHADUR
MAG. JUDGE COLE

**FILED**
JN DEC X 5 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

**Plaintiff WILLIE JOHNSON**

| NAME (Type or print) |
|---|
| **Irene K. Dymkar** |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| /s/ Irene K. Dymkar |
| FIRM |
| **Irene K. Dymkar** |
| STREET ADDRESS |
| **300 West Adams, Suite 330** |
| CITY/STATE/ZIP |
| **Chicago, IL 60606-5107** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| **90785719** | **(312) 345-0123** |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES X | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO X |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES X | NO ☐ |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES X | NO ☐ |
|---|---|---|

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐