UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In the Matter of | | Case: 07 C 6862 |
| Willie Johnson | ) | |
| Plaintiff, | ) | Judge Shadur |
| | ) | |
| v. | ) | |
| | ) | Magistrate Cole |
| Robert Garza, et, al | ) | |
| Defendants. | ) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

DEFENDANTS: Robert Garza, Anthony Amato, Vernon Mitchell, Jr., Thomas Harris, Thomas McDermott, Donna Strand, Daniel Ludwig, Enrique Pacheco, Jr., Bryant Garcia, A. Torres, City of Chicago

| | |
|---|---|
| SIGNATURE | s/   Patricia J. Kendall |
| FIRM | Assistant Corporation Counsel<br>City of Chicago Corporation Counsel |
| STREET ADDRESS | 30 N. LaSalle St., Suite 1400 |
| CITY/STATE/ZIP | Chicago, IL 60602 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06195253 | TELEPHONE NUMBER<br>312.744.5170 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES **X**   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO **X** |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES **X**   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES **X**   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |