UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In the Matter of | | Case: 07 C 6862 |
| Willie Johnson | ) | |
| Plaintiff, | ) Judge Shadur | |
| | ) | |
| v. | ) | |
| | ) Magistrate Cole | |
| Robert Garza, et, al | ) | |
| Defendants. | ) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

DEFENDANTS: Robert Garza, Anthony Amato, Vernon Mitchell, Jr., Thomas Harris, Thomas McDermott, Donna Strand, Daniel Ludwig, Enrique Pacheco, Jr., Bryant Garcia, A. Torres, City of Chicago

| | |
|---|---|
| SIGNATURE         s/   Anne K. Preston | |
| FIRM    Assistant Corporation Counsel         City of Chicago Corporation Counsel | |
| STREET ADDRESS    30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP    Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)    06287125 | TELEPHONE NUMBER    (312) 742-4045 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐    NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES ☐    NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐    NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?    YES **X**    NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.    RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |