IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS

PEOPLE OF THE STATE OF ILLINOIS

VS                          NUMBER 03115043801

WILLIE    JOHNSON

## CERTIFIED STATEMENT OF CONVICTION / DISPOSITION

I, DOROTHY BROWN, Clerk of the Circuit Court of Cook County, Illinois, and keeper of the records and seal thereof do hereby certify that the electronic records of the Circuit Court of Cook County show that:

The States Attorney of Cook County/Local Prosecutor has filed a complaint with the Clerk of the Circuit Court.

Charging the above named defendant with:

```
720-5/24-1.1-A              F    UUW - WEAPON - FELON,  P
720-570/402-C              F    PCS - POSSESSION - LESS T
```

The following disposition(s) was/were rendered before the Honorable Judge(s):

```
11/16/03 PROBABLE CAUSE TO DETAIN
     LINEHAN NEIL J.
11/16/03 DEF DEMAND FOR TRIAL
     LINEHAN NEIL J.
11/16/03 BAIL AMOUNT SET                                    $  60000
     LINEHAN NEIL J.
11/16/03 MOTION STATE - CONTINUANCE -MS        12/08/03 5148
     LINEHAN NEIL J.
12/08/03 SUPERSEDED BY DIRECT INDTMENT      CALL
     03CR27302
     MUSE, ELLIOTT JR.
12/08/03 TRANSFERRED TO CRIMINAL DIV        12/26/03 1701
     MUSE, ELLIOTT JR.
```

I hereby certify that the foregoing has been entered of record on the above captioned case.
Date 03/10/08

CLERK OF THE CIRCUIT COURT OF COOK COUNTY
DOROTHY BROWN

EXHIBIT
A