IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Willie Johnson, | ) | |
| | ) | No. 07 C 6862 |
| Plaintiff, | ) | |
| | ) | Judge Shadur |
| v. | ) | |
| | ) | Magistrate Judge Cole |
| Robert Garza, et. al, | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

## NOTICE OF MOTION

**TO**:  Irene Dymkar
        300 W. Adams, Suite 330
        Chicago, Illinois  60606

    **PLEASE TAKE NOTICE** that I have this day efiled with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION TO DISMISS**

    **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Shadur, or before such other judge sitting in her place, on the <u>14th day of March 2008, at 9:00 a.m.,</u> or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED** March 10, 2008

                                                                    s/ Patricia J. Kendall_____
                                                                    Patricia J. Kendall
                                                                    Assistant Corporation Counsel

30 N. LaSalle, Ste. 1400
Chicago, Illinois  60602
(312) 7442-5170
Atty. No. 06195253