UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| In the Matter of | | Case: 07 C 6862 |
| Willie Johnson | ) | |
| Plaintiff, | ) | Judge Shadur |
| | ) | |
| v. | ) | |
| | ) | Magistrate Cole |
| Robert Garza, et, al | ) | |
| Defendants. | ) | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

DEFENDANT: Patrick Johnson

| | |
|---|---|
| SIGNATURE   s/   Anne K. Preston | |
| FIRM   Assistant Corporation Counsel   City of Chicago Corporation Counsel | |
| STREET ADDRESS   30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP   Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)   06287125 | TELEPHONE NUMBER   (312) 742-4045 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES ☐   NO X | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?   YES ☐   NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES ☐   NO X | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES **X**   NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.   RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |