# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

In the Matter of                                                    Case:   07 C 6862

Willie Johnson
                                              )
                              Plaintiff,      )     Judge Shadur
                                              )
        v.                                    )
                                              )     Magistrate Cole
Robert Garza, et, al                          )
                              Defendants.      )


AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR

DEFENDANTS:   Patrick Johnson

| | |
|---|---|
| SIGNATURE<br>        s/   Patricia J. Kendall | |
| FIRM      Assistant Corporation Counsel<br>           City of Chicago Corporation Counsel | |
| STREET ADDRESS      30 N. LaSalle St., Suite 1400 | |
| CITY/STATE/ZIP      Chicago, IL 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>            06195253 | TELEPHONE  NUMBER<br>            312.744.5170 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?        YES **X**      NO ☐ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?        YES ☐      NO **X** | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?        YES **X**      NO ☐ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?     YES **X**     NO ☐ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐        APPOINTED COUNSEL ☐ | |