**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.0**
**Eastern Division**

Willie Johnson
                      Plaintiff,

v.
                                              Case No.: 1:07−cv−06862
                                              Honorable Milton I. Shadur

Robert Garza, et al.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 14, 2008:

      MINUTE entry before Judge Milton I. Shadur :Motion to dismiss [13] is entered and continued to 4/28/08 at 9:00 a.m. Response is due on or before April 21, 2008. Status hearing held on 3/14/2008. Status hearing set for 4/28/2008 at 09:00 AM.Mailed notice(srn, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.