UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLIE JOHNSON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 07 C 6862 |
| ) | |
| ROBERT GARZA, ANTHONY AMATO, ) | Judge Milton I. Shadur |
| VERNON MITCHELL, JR., THOMAS ) | |
| HARRIS, THOMAS McDERMOTT, ) | Magistrate Judge Jeffrey Cole |
| DONNA STRAND, DANIEL LUDWIG, ) | |
| ENRIQUE PACHECO, JR., PATRICK ) | |
| JOHNSON, BRYANT GARCIA, A. TORRES ) | |
| (Star # 5331), and CITY OF CHICAGO, ) | |
| Defendants. ) | |
| ) | |

## NOTICE OF MOTION

To:   Patricia J. Kendall
      City of Chicago, Department of Law
      30 N. LaSalle, Suite 1400
      Chicago, IL 60602

     PLEASE TAKE NOTICE that plaintiff shall appear before Judge Milton I. Shadur on the 28th day of April, 2008, at 9:15 AM, or as soon thereafter as counsel may be heard, and then and there present PLAINTIFF'S UNOPPOSED MOTION FOR ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT

Dated: April 21, 2008               /s  Irene K. Dymkar
                                                   Irene K. Dymkar

Irene K. Dymkar
Plaintiff's Attorney
300 W. Adams Street, Suite 330
Chicago, IL 60606-5107
(312) 345-0123

**CERTIFICATE OF SERVICE**

      I, Irene K. Dymkar, an attorney, certify that on the 21st day of April, 2008, a copy of this notice, as well as PLAINTIFF'S UNOPPOSED MOTION FOR ORDER EXTENDING TIME TO RESPOND TO DEFENDANTS' MOTION TO DISMISS THE COMPLAINT was served upon the attorney for defendants named above through the Court's electronic filing system.


Dated: April 21, 2008　　　　　　　　　　　　　　/s  Irene K. Dymkar
　　　　　　　　　　　　　　　　　　　　　　　　　　Irene K. Dymkar