UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.1.3
Eastern Division

Willie Johnson

                Plaintiff,

v.                                                   Case No.: 1:07−cv−06862
                                                    Honorable Milton I. Shadur

Robert Garza, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Tuesday, April 22, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Plaintiff's Motion for extension of time to file response regarding MOTION by Defendants Daniel Ludwig, Enrique Pacheco, Jr, Patrick Johnson, Bryant Garcia, A Torres, City Of Chicago, Robert Garza, Anthony Amato, Mitchell, Jr, Thomas Harris, Thomas McDermott, Donna Strand to dismiss[13] [18] is granted. Responses due by 5/5/2008. Status hearing reset for 5/9/2008 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.