**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3**
**Eastern Division**

Willie Johnson

                     Plaintiff,

v.                                          Case No.: 1:07−cv−06862
                                                Honorable Milton I. Shadur

Robert Garza, et al.

                     Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, May 8, 2008:

      MINUTE entry before Judge Honorable Milton I. Shadur:Enter Memorandum Order. This Court vacates the previously scheduled status hearing and instead orders that a reply memorandum be filed by defense counsel on or before May 21, 2008. This Court will then take the motion under advisement without the need to set a new status hearing date.MAiled notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.