```
          IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF ILLINOIS
                     EASTERN DIVISION
```

Willie Johnson,                )
                               )
          Plaintiff,           )
                               )
     v.                        )     No. 07 C 6862
                               )
Robert Garza, et al.,          )
                               )
          Defendants.          )

<u>MEMORANDUM ORDER</u>

    In accordance with its now-customary practice whenever it has been tendered a defense motion for dismissal or summary judgment, this Court promptly scheduled the required filing of a memorandum by counsel for plaintiff Willie Johnson in response to defendants' Fed.R.Civ.P.12(b)(6) motion, to be followed within a few working days by a status hearing to consider the need or lack of need for a defense counsel reply. With Johnson's response now in hand, this Court has concluded that a reply is indeed required. Accordingly it vacates the previously scheduled May 9 status hearing and instead orders that a reply memorandum be filed by defense counsel on or before May 21, 2008. This Court will then take the motion under advisement without the need to set a new status hearing date.

                                     */s/ Milton I. Shadur*
                                      Milton I. Shadur
                                Senior United States District Judge

May 8, 2008