IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Willie Johnson, )<br>  )<br>   Plaintiff, )<br>  )<br> v. )<br>  )<br> Robert Garza, et. al, )<br>  )<br>   Defendants. ) | No. 07 C 6862<br><br>Judge Shadur<br><br>Magistrate Judge Cole<br><br>Jury Demand |

**NOTICE OF MOTION**

**TO**:  Irene Dymkar
        300 W. Adams, Suite 330
        Chicago, Illinois  60606

        **PLEASE TAKE NOTICE** that I have this day efiled with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' AGREED MOTION FOR EXTENSION TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS**

        **PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Shadur, or before such other judge sitting in his place, on the 22nd day of May 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached motion.

**DATED:** May 22, 2008

                                        s/ Patricia J. Kendall_____
                                        Patricia J. Kendall
                                        Assistant Corporation Counsel

30 N. LaSalle, Ste. 1400
Chicago, Illinois  60602
(312) 7442-5170
Atty. No. 06195253