## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Willie Johnson

                    Plaintiff,

v.                                                   Case No.: 1:07–cv–06862
                                                     Honorable Milton I. Shadur

Robert Garza, et al.

                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, July 11, 2008:

         MINUTE entry before the Honorable Milton I. Shadur: Enter Memorandum
Opinion and Order. In sum defendant's Rule 12(b)(6) motion to dismiss [13] is granted in
part and denied in part. Johnson's contentions that Officers unlawfully searched the 1806
S. Harding apartment and falsely arrested him are not time–barred and therefore survive,
as does Johnson's state law claim of malicious prosecution. All his other contentions are
dismissed for failure to state a claim upon which relief can be granted. Defendants are
ordered to answer the surviving claims on or before July 25, 2008. Status hearing set for
8/1/2008 at 09:00 AM.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.