IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Willie Johnson, | ) | |
| | ) | No. 07 C 6862 |
| Plaintiff, | ) | |
| | ) | Judge Shadur |
| v. | ) | |
| | ) | Magistrate Judge Cole |
| Robert Garza, et. al, | ) | |
| | ) | Jury Demand |
| Defendants. | ) | |

**NOTICE OF MOTION**

TO:   Irene Dymkar
      Law Office of Irene Dymkar
      300 W. Adams
      Suite 330
      Chicago, IL 60606

**PLEASE TAKE NOTICE** that I have this day e-filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS' MOTION TO RECONSIDER THE DENIAL OF DEFENDANTS' MOTION TO DISMISS AS TO COUNT I**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Shadur, or before such other Judge sitting in his place or stead, on the 13th day of August, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard to present the attached Motion.

**DATED** at Chicago, Illinois this 4th day of August, 2008.

                                        Respectfully submitted,

                                        /s/ Anne K. Preston
                                        ANNE K. PRESTON
30 N. LaSalle Street                    Assistant Corporation Counsel
Suite 1400
Chicago, Illinois 60602
(312) 742-4045
Atty. No. 06287125