## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Willie Johnson

      Plaintiff,

v.              Case No.: 1:07−cv−06862
              Honorable Milton I. Shadur

Robert Garza, et al.

      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 13, 2008:

  MINUTE entry before the Honorable Milton I. Shadur:Motion for reconsideration [32] is denied. Motion hearing held on 8/13/2008 regarding motion for reconsideration,, motion for relief, [32] Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.