# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Willie Johnson

                       Plaintiff,

v.                                                    Case No.: 1:07−cv−06862

                                          Honorable Milton I. Shadur

Robert Garza, et al.

                       Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Friday, August 15, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. A current review of the responsive pleading has prompted the issuance of this memorandum order to address its components other than the straight−out−Answer : defendants' affirmative defenses and Fed. R. civ. P. 12(b)(6) defenses.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.