## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Willie Johnson
                Plaintiff,

v.
                                        Case No.: 1:07−cv−06862
                                        Honorable Milton I. Shadur

Robert Garza, et al.
                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 8, 2008:

      MINUTE entry before the Honorable Milton I. Shadur:Enter Memorandum Order. Accordingly that portion of the responsive pleading (Rule 12(b)(6) defense No. 3), treated as a motion to dismiss, is denied. That portion of defendants' responsive pleading is stricken.Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.